AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| SALIM HAJIANI, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: CV 114-187 |
| SHEMILI, LLC, d/b/a Econo Lodge, and MEENA PATEL, | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on March 15, 2016, this case hereby stands DISMISSED with prejudice; and this civil action is hereby CLOSED.

March 16, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk



GAS Rev 10/1/03